**Exhibit A to the Complaint**

**Location:** San Anselmo, CA  
**Total Works Infringed:** 88

**IP Address:** 104.55.172.51  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | CFD0C2D3763106A496D8DAA4651BD705F0607C03 | Vixen | 02/09/2018 09:40:40 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 2 | 016F6C27F32B3FEF8F6ACF9E49244F5B7E161681 | Vixen | 08/08/2017 07:03:03 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 3 | 0405F70AB17F134F7E5C23F7E8F3637771A0FC38 | Tushy | 08/16/2017 15:02:23 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 4 | 04BA85D2C37FB4F265C09CB3DABC08898C5544DD | Tushy | 10/31/2017 23:42:12 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 5 | 04BCA2287880FE4DC823F1448169418A8E4C7360 | Tushy | 12/19/2017 21:33:47 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 6 | 0602FDD540FB24EC5051F5DD3E8AF305F3AFEA6A | Vixen | 07/11/2017 15:08:57 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 7 | 06C8D1B3B161D8AA224CC9C09F4AD90C3B8DB34D | Vixen | 12/01/2017 11:02:23 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 8 | 0946BCB9FA321EEB4153B631B911DCCD8D12FC41 | Blacked | 08/24/2017 15:02:43 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 9 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 01/16/2018 11:23:14 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 10 | 1A120B83990BF3528AC74D1EFCAABA6665A4CCA6 | Blacked | 09/15/2017 06:54:54 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 11 | 1A37192F71792A4EFDC6AFC62360A9B825CA9118 | Blacked | 05/12/2017 09:15:58 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 12 | 1BA06FF511877DFA75B32024B4506A7C9BEB8D9C | Tushy | 01/23/2018 08:29:14 | 01/21/2018 | 02/03/2018 | 16288762511 |
| 13 | 1FFB3BBD3073300F5E090E2BA54A2C2FF091D93C | Blacked | 10/04/2017 11:48:55 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 14 | 28F1C00501BD110AE704A6E8578B1C56869B9E21 | Vixen | 10/28/2017 08:05:25 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 15 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 01/21/2018 17:19:50 | 01/20/2018 | 02/03/2018 | 16335134702 |
| 16 | 2E495595C72E79220C94E961B3EA393A5843F6D5 | Vixen | 11/21/2017 01:33:17 | 09/26/2017 | 10/10/2017 | 15894022782 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2ECEFCC7248A9BB1912412708C63C439CD67CFA2 | Vixen | 05/20/2017 04:47:19 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 18 | 2F1499030C151B1D95B139750A103A66D667EAC2 | Tushy | 01/27/2018 21:14:40 | 01/26/2018 | 02/03/2018 | 16288762393 |
| 19 | 36AF23D33428716DCF8C6D3861698DB82A1F611F | Vixen | 09/12/2017 07:57:08 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 20 | 36B68FAAFCCE2FF9B498DAB6BF60BE39EFA5F132 | Vixen | 08/23/2017 15:00:40 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 21 | 37B0849EBFFFDCE4E8264527051A43266FD0F9FA | Vixen | 02/05/2018 09:41:38 | 02/03/2018 | 02/07/2018 | 16288499183 |
| 22 | 3A3488533F8F0CC6B522C2A5497FAB7ED965894B | Blacked | 12/22/2017 11:32:28 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 23 | 3E9895209C68D48828C0EA928D56D855D2CF0AB5 | Vixen | 10/19/2017 08:00:12 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 24 | 3EF6D743B0BCA31238B7C04C36A48D14C41A7E29 | Vixen | 12/30/2017 01:21:33 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 25 | 40F3BC446DAC4771B342E80EC808DD051A43142C | Tushy | 08/23/2017 06:42:28 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 26 | 4115D198C63F2D2B404683A322CB0A5A37E151B2 | Tushy | 07/15/2017 13:02:39 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 27 | 42DD154C18F95A40899CFF42BFBA2DAED69AA249 | Vixen | 11/30/2017 12:53:12 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 28 | 4BD0A67E6EF81A9AF7ADC358125712F6F04AED7F | Blacked | 12/01/2017 17:29:24 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 29 | 4E67A54328F67B9C9E7C0434107298A010BF3552 | Blacked Raw | 01/28/2018 09:25:39 | 01/27/2018 | 02/07/2018 | 16338676942 |
| 30 | 5103C3A967C0D726A4E4D10A18F8AD31E46D96D7 | Blacked | 11/02/2017 14:04:41 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 31 | 5A0D2EBB1491B1FC9521E8EAC67B5A784F81340A | Vixen | 09/18/2017 08:50:26 | 04/29/2017 | 06/15/2017 | PA0002037568 |
| 32 | 5C213F0B01CDF83D3122184F6E9C7E88F380C69A | Blacked | 09/13/2017 06:11:42 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 33 | 5C75109FCC0CA1680081ADDF3A0C0FC8EF83089C | Vixen | 09/11/2017 09:58:53 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 34 | 5D74E8190F49AB83D9ED6470751787CC65F83B67 | Tushy | 06/30/2017 07:04:10 | 06/20/2017 | 07/07/2017 | PA0002070816 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 5F2F14843CCBE0F334A5904C3046D6785CA6C922 | Tushy | 01/17/2018 11:46:21 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 36 | 63A1DCB53EA62FCD2CA3277433BB6DB37D9D23BD | Blacked | 01/12/2018 10:43:53 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 37 | 64D663611B62E665E65367E02BB37633AF662B0D | Tushy | 08/15/2017 16:48:28 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 38 | 6503CB2EAECE7FA2F1D71B98E41D6D845BF7B794 | Vixen | 08/18/2017 15:01:45 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 39 | 6A7B91489DC5DB7EB12B35BBD0CE93FEB0B61107 | Tushy | 12/16/2017 22:55:24 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 40 | 71DAE62DE8BE1B37DCCF8990204F48855C14277F | Blacked | 10/19/2017 08:33:52 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 41 | 72B227C36CE00E3931623402D32307A6BF04D7E8 | Blacked | 08/07/2017 16:33:01 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 42 | 77F9AA3667035818BEF2F280819115AD77C38F58 | Blacked | 11/02/2017 03:15:21 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 43 | 7973F42423509A2388A584BF4C868BA6DC95FF13 | Tushy | 05/12/2017 23:34:48 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 44 | 7F8FF21CA803DD45415E18EA48857A21A3F6C812 | Vixen | 10/28/2017 08:03:11 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 45 | 82CFE888A0B2294E22FE65EEA71618E9726E1E11 | Vixen | 02/14/2018 08:06:11 | 02/13/2018 | 02/17/2018 | 16335134323 |
| 46 | 82EC6E9F2A9287FD59C2B571FDC0CDED7EDDBB81 | Blacked | 06/30/2017 07:03:32 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 47 | 89C257D8D112948C17E8A4F1EA1632D170BB81B8 | Tushy | 12/18/2017 22:32:29 | 12/17/2017 | 01/18/2018 | 16215970342 |
| 48 | 8A022D7057E54494F76247BB42D5EBAC6011F992 | Tushy | 09/14/2017 17:38:53 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 49 | 8D18AC587F63137DB68D639DD531EA9F0ECDBBC1 | Blacked | 01/27/2018 00:34:04 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 50 | 8E161CA41073EEA9A04C19EB555E7716F479D6B9 | Blacked Raw | 02/12/2018 13:05:23 | 02/11/2018 | 02/17/2018 | 16331855536 |
| 51 | 932AE6D7DE1DF3A58095575C54F8512DAA0296B1 | Tushy | 06/22/2017 06:03:16 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 52 | 960224962AD40F652C0BEA30CF898A10FC73D789 | Blacked | 12/07/2017 04:11:34 | 12/06/2017 | 12/17/2017 | 16159688299 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 9BEFC1507A3A5055E7FFE9A17235EBFA51B4B13A | Vixen | 11/01/2017 07:02:23 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 54 | 9C012CA07B66FE0DB9D47185A98704545F340AE0 | Vixen | 07/10/2017 08:00:00 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 55 | 9CF6571B3DEAD20D96B2FB04B79BA4388E95850F | Blacked | 08/16/2017 07:59:12 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 56 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 01/24/2018 14:17:08 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 57 | 9EF65CEA6BE237827B2FFEDAE57048790CAC9BC9 | Blacked Raw | 11/04/2017 07:30:11 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 58 | 9F5E2E0229F4448AB05192505E44AB9AB404EC0F | Vixen | 01/24/2018 14:56:51 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 59 | A088DC27D845B1A9E2BAD7918B9EB6EB1694E8E1 | Blacked | 10/21/2017 08:03:07 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 60 | A165FBCE3647FC4404B97DDAE658214504A2D1B6 | Tushy | 10/28/2017 21:52:02 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 61 | A5C9FBE7DD0D84C7502FE867DA3E82EA30942271 | Blacked | 12/07/2017 07:41:18 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 62 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | Tushy | 02/11/2018 08:24:40 | 02/10/2018 | 02/17/2018 | 16288498992 |
| 63 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | Blacked Raw | 02/02/2018 02:01:16 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 64 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 12/19/2017 19:15:33 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 65 | B3CD1356092D254566EC9C832C8E37E68DDAA7C1 | Blacked Raw | 12/19/2017 13:01:01 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 66 | B48D7F103A67CD4259912593C4FCEB8D1C997C13 | Blacked | 12/02/2017 06:41:25 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 67 | B6B094C2E6855C10C32BD68F107583AF54567E1F | Blacked | 12/21/2017 00:00:11 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 68 | B8F99FE1A35748E8489B26A5F5F6279F790D7961 | Blacked Raw | 10/28/2017 21:29:15 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 69 | BD6DEB77EF83AB94A57874BEE8BEF368AB585949 | Blacked | 08/09/2017 07:03:46 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 70 | C0DF4A900E003C62C076A389091972ECB98E5C5B | Tushy | 05/19/2017 10:10:29 | 05/16/2017 | 06/22/2017 | PA0002039300 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | C43D9FF3588F7B8CD15A9E13FAE77EA9745CB41B | Tushy | 11/07/2017 23:52:50 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 72 | C47CE24188E09C60757BBB47ECC26B851082ABBD | Tushy | 10/29/2017 11:51:17 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 73 | C8677DE82C7033CA6BDF6C2062C173F7401FFBE2 | Vixen | 01/21/2018 17:30:52 | 01/19/2018 | 02/03/2018 | 16331856016 |
| 74 | CE53606A9C619C02364B79AB3303AB728AFA69DC | Blacked | 11/07/2017 23:50:20 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 75 | D3F0361A91D4718005F10F741D1BA2C948E0E702 | Blacked | 08/25/2017 07:43:27 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 76 | D9AC21024213264407D192B9D0553A6860CBFBA2 | Blacked | 06/30/2017 07:26:21 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 77 | DB910E630FE61F630ED41050F3F58394DD84D3F2 | Vixen | 08/08/2017 14:20:41 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 78 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 01/24/2018 14:31:29 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 79 | E27CA881C65E58F6CFC9261D8E5E78AEC89D9CC4 | Tushy | 08/05/2017 09:10:00 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 80 | E5C8E4C41F637CBD5A0E3EA53BE37D0EA2169E2E | Vixen | 08/22/2017 00:14:36 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 81 | E8FE3087E4CF84208C67DF4F0810945B9A0B400C | Tushy | 12/01/2017 13:49:51 | 04/16/2017 | 06/15/2017 | PA0002037570 |
| 82 | E903664969BA8B7DA432A73A94E8DB76304F07C4 | Blacked | 06/21/2017 06:01:06 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 83 | EA0E7DCC6D7915DE73D106A2E064BA437E3D2029 | Vixen | 12/11/2017 07:18:52 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 84 | ECD2CA0F3A6DF7EA0A2D4F861B45DCF93C8FC930 | Tushy | 02/21/2018 08:34:43 | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 85 | F193A08E5E9A42A831B1B4A4259ECB4426434F20 | Blacked | 09/20/2017 10:12:27 | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 86 | F7B1C4B5F5F6B7D08DE136C395101C63FE9FEFE8 | Blacked | 11/04/2017 12:27:04 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 87 | F8DCD2F86FD488618BEB4679DAA298C1A4121D8F | Blacked | 11/02/2017 03:17:31 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 88 | F8E2D9E606DA71F5FE0B368F8345AAAFA2E2629F | Tushy | 05/08/2017 08:48:49 | 04/11/2017 | 06/15/2017 | PA0002037579 |