| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:18-cv-02012-DMR |
| Plaintiff, | Honorable Donna M. Ryu |
| vs. | |
| JOHN DOE subscriber assigned IP address 104.55.172.51, | [PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE  *As Modified |
| Defendant. | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and adjourning the Initial Case Management Conference currently scheduled for July 18, 2018, and the Court being duly advised in the premises does hereby:

1

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until October 8, 2018 to effectuate service of a summons and Complaint on Defendant ~~and the Initial Case Management Conference scheduled for July 18, 2018 is adjourned sine die~~.

SO ORDERED this __2nd__ day of _____July_____, 2018.

*The Initial Case Management Conference is CONTINUED to October 31, 2018 at 1:30 p.m. The parties' Joint Case Management Conference Statement is due no later than October 24, 2018.

By:_____
United States Magistrate Judge
Honorable Donna M. Ryu

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]

2

[~~Proposed~~] Order on Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service and Adjournment of Case Management Conference  as Modified
Case No. 4:18-cv-02012-DMR